DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CARROL Y. CHERRY EATON**,
Appellant,

v.

**JACOB SCHIELE EATON**,
Appellee.

No. 4D17-2236

[March 15, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Merrilee Ehrich, Judge; L.T. Case No. 16-11774.

Carrol Y. Cherry Eaton, Fort Lauderdale, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GROSS, TAYLOR and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***